UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUUL LABS, INC.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>CLOUD 99 VAPES,<br><br>　　　　　　Defendant. | Civil Action No. 1:20-cv-05337-JSR<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S NOTICE OF MOTION AND UNOPPOSED MOTION TO STAY PURSUANT TO 28 U.S.C. § 1659 |

## [PROPOSED] ORDER

Pursuant to Defendant's Notice of Motion and Unopposed Motion to Stay Pursuant to 28 U.S.C. § 1659; it is hereby ORDERED that Defendant's Notice of Motion and Unopposed Motion to Stay Pursuant to 28 U.S.C. § 1659 is hereby GRANTED; and it is further ORDERED that this civil action is stayed until the determination of the U.S. International Trade Commission in Investigation No. 337-TA-1211 becomes final.

SO ORDERED:

_____
Hon. Jed S. Rakoff
United States District Judge

8-28-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUUL LABS, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>CLOUD 99 VAPES,<br><br>        Defendant. | Civil Action No. 1:20-cv-05337-JSR<br><br>**DEFENDANT'S NOTICE OF MOTION AND *UNOPPOSED* MOTION TO STAY PURSUANT TO 28 U.S.C. § 1659** |