```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
JUUL LABS INC.,                                                  :
                              Plaintiff,                         :
                                                                 :
              -v-                                                :       20-CV-5337 (JPC)
                                                                 :
CLOUD 99 VAPES,                                                  :       NOTICE OF
                                                                 :       REASSIGNMENT
                              Defendant.                         :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/2020

JOHN P. CRONAN, United States District Judge:

   This case has been reassigned to the undersigned.  This action remains stayed in its entirety pending further order of this Court.  The parties are hereby ordered to file a joint status letter every 90 days from the date of this Order, updating the court on the status of Investigation No. 337-TA-1211.  The first letter is due January 12, 2021.  **All counsel must familiarize themselves with the Court's Individual Rules, which are available at https://www.nysd.uscourts.gov/hon-john-p-cronan**.

   In accordance with the Court's Individual Rules and Practices, requests for extensions or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours before the deadline or scheduled appearance, absent compelling circumstances.  The written submission must state (1) the original date(s) set for the appearance or deadline(s) and the new date(s) requested; (2) the reason(s) for the request; (3) the number of previous requests for

adjournment or extension; (4) whether these previous requests were granted or denied; and (5) whether opposing counsel consents, and, if not, the reasons given by opposing counsel for refusing to consent.

SO ORDERED.

Dated: October 15, 2020
      New York, New York

                                  JOHN P. CRONAN
                              United States District Judge